```
TRULINCS  91402053 - FAROOQ, KHAWAJA MUHAMMAD - Unit: BRO-H-A
------------------------------------------------------------------------------------
FROM: 91402053
TO:
SUBJECT: AMENDED MOTION
DATE: 08/30/2022 08:25:47 PM
```

Page 1

August 30, 2022

The Honorable Judge Pamela K Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

AMENDED MOTION FOR RECORD CORRECTION

Re: United States v. Khawaja Farooq
Docket #: 19-100(PKC)

Dear Honorable Judge Pamela K. Chen,

As per your hearing proceedings on June 27,2022, I am writing to you about my Daily Mirror newspaper and to prove on record that it's not fake news and it's real. I am United Nation accreditation card holder and State Department of USA which is on record documents within the court.

I just wanted to make sure the Court knows and acknowledges that the papers are real publication in paper forma nd not just online. It's an effect on my credibility because I've been a journalist for 25 years and have been publishing the paper which is Pakistan's oldest newspaper. It's been making me feel like I've been wronged when it was mentioned that it's only online publication. If you need a physical copy of the newspaper, I can get a paper copy of the same and give it to the court for record. I've left everything to God and you, Honorable Judge, for what is going on with with my case and I will not speak against no one anymore.

The Daily Mirror is affiliated with the Daily Mashriq Quetta. They are Pakistan's national newspaper, ABC certified in Pakistan.

Daily Mashriq Quetta is available on www.mashriq.com.pk but the website is in Urdu language, so it's hard to find the link to the Daily Mirror, but if you google "Daily Mirror Mashriq", you shall see few links connecting to the online edition of Daily Mirror. The paper is written in English language so it is easy to understand the authenticity of the paper. It will also show the paper as a distribution edition. Daily Mirror is published both online and physical paper edition just like New York Times in USA.

I'm sorry to say that it's been 3 years and the government still couldn't verify the authenticity of Daily Mashriq/Mirror whether it's a genuine publication both paper and online, when the same could be confirmed by American Embassy in Islamabad, Pakistan by one phone call. The State Department of Pakistan and USA could also verify the same. When you mentioned in your proceedings that the newspaper is only online, it ruined my sleep in past few weeks, because it's been causing me stress about the ambiguity in it's authenticity by your Honor. I have provided proof that the publication is very much real along with the articles printed in it and I have put in a lot of effort into writing my news for the world to read. I have always printed genuine articles after proper research. Please consider your decision about being only online edition and see the proofs that I have sent as links on this motion. I have sent the links to Mr. Larosso, my attorney, through my Editor in Pakistan and my brother, so everyone has a copy of the links and how it needs to be accessed.

My request is please keep in mind with the decision you have made for me and let you decide what is best for me, for I will go with what God pleases. May God bless you and bless America. Thank you for your time and consideration.

Respectfully Submitted,
Khawaja Farooq
#91402-053

cc: File
Robert Larosso Esq.
Clerk of Court of E.D.N.Y.
A.U.S.A. Adam Amir

TRULINCS 91402053 - FAROOQ, KHAWAJA MUHAMMAD - Unit: BRO-H-A

---

FROM: 91402053
TO:
SUBJECT: AMENDED MOTION
DATE: 08/30/2022 08:25:47 PM

Page 1

August 30, 2022

The Honorable Judge Pamela K Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

AMENDED MOTION FOR RECORD CORRECTION

Re: United States v. Khawaja Farooq
Docket #: 19-100(PKC)

Dear Honorable Judge Pamela K. Chen,

As per your hearing proceedings on June 27,2022, I am writing to you about my Daily Mirror newspaper and to prove on record that it's not fake news and it's real. I am United Nation accreditation card holder and State Department of USA which is on record documents within the court.

I just wanted to make sure the Court knows and acknowledges that the papers are real publication in paper forma nd not just online. It's an effect on my credibility because I've been a journalist for 25 years and have been publishing the paper which is Pakistan's oldest newspaper. It's been making me feel like I've been wronged when it was mentioned that it's only online publication. If you need a physical copy of the newspaper, I can get a paper copy of the same and give it to the court for record. I've left everything to God and you, Honorable Judge, for what is going on with with my case and I will not speak against no one anymore.

The Daily Mirror is affiliated with the Daily Mashriq Quetta. They are Pakistan's national newspaper, ABC certified in Pakistan.

Daily Mashriq Quetta is available on www.mashriq.com.pk but the website is in Urdu language, so it's hard to find the link to the Daily Mirror, but if you google "Daily Mirror Mashriq", you shall see few links connecting to the online edition of Daily Mirror. The paper is written in English language so it is easy to understand the authenticity of the paper. It will also show the paper as a distribution edition. Daily Mirror is published both online and physical paper edition just like New York Times in USA.

I'm sorry to say that it's been 3 years and the government still couldn't verify the authenticity of Daily Mashriq/Mirror whether it's a genuine publication both paper and online, when the same could be confirmed by American Embassy in Islamabad, Pakistan by one phone call. The State Department of Pakistan and USA could also verify the same. When you mentioned in your proceedings that the newspaper is only online, it ruined my sleep in past few weeks, because it's been causing me stress about the ambiguity in it's authenticity by your Honor. I have provided proof that the publication is very much real along with the articles printed in it and I have put in a lot of effort into writing my news for the world to read. I have always printed genuine articles after proper research. Please consider your decision about being only online edition and see the proofs that I have sent as links on this motion. I have sent the links to Mr. Larosso, my attorney, through my Editor in Pakistan and my brother, so everyone has a copy of the links and how it needs to be accessed.

My request is please keep in mind with the decision you have made for me and let you decide what is best for me, for I will go with what God pleases. May God bless you and bless America. Thank you for your time and consideration.

Respectfully Submitted,
Khawaja Farooq
#91402-053

cc: File
Robert Larosso Esq.
Clerk of Court of E.D.N.Y.
A.U.S.A. Adam Amir